**No. 09-11321. In re Allah, Petitioner.**

562 U.S. 1055, 131 S. Ct. 627, 178 L. Ed. 2d 456, 2010 U.S. LEXIS 9018.

November 15, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 825, 131 S. Ct. 178, 178 L. Ed. 2d 255, 2010 U.S. LEXIS 7755.

**No. 09-11414. Roger Timothy Mezzulo, Petitioner v. United States.**

562 U.S. 1055, 131 S. Ct. 627, 178 L. Ed. 2d 456, 2010 U.S. LEXIS 9020.

November 15, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 879, 131 S. Ct. 194, 178 L. Ed. 2d 117, 2010 U.S. LEXIS 7023.

**No. 09-11491. Willie Bruce Bryant, Petitioner v. Averitt Express, Inc.**

562 U.S. 1055, 131 S. Ct. 627, 178 L. Ed. 2d 456, 2010 U.S. LEXIS 9028.

November 15, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 883, 131 S. Ct. 209, 178 L. Ed. 2d 125, 2010 U.S. LEXIS 6801.

**No. 09-11505. Jermaine S. Doss, Petitioner v. Virginia.**

562 U.S. 1055, 131 S. Ct. 628, 178 L. Ed. 2d 456, 2010 U.S. LEXIS 9009.

November 15, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 884, 131 S. Ct. 211, 178 L. Ed. 2d 127, 2010 U.S. LEXIS 6618.

**No. 09-11553. Lawton Tyson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1055, 131 S. Ct. 628, 178 L. Ed. 2d 456, 2010 U.S. LEXIS 9011.

November 15, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 887, 131 S. Ct. 219, 178 L. Ed. 2d 132, 2010 U.S. LEXIS 7066.

**No. 10-115. Gertrude Coretta Fennell Hamilton, Petitioner v. Dayco Products, LLC, et al.**

562 U.S. 1055, 131 S. Ct. 628, 178 L. Ed. 2d 456, 2010 U.S. LEXIS 9016.

November 15, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 894, 131 S. Ct. 298, 178 L. Ed. 2d 143, 2010 U.S. LEXIS 6214.

**No. 10-5073. Christopher Everson, Petitioner v. Brian K. Murphy, Commissioner, Connecticut Department of Correction, et al.**

562 U.S. 1055, 131 S. Ct. 628, 178 L. Ed. 2d 456, 2010 U.S. LEXIS 9027.

November 15, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 902, 131 S. Ct. 237, 178 L. Ed. 2d 158, 2010 U.S. LEXIS 6209.